**Robert A. PULFER, Petitioner, v. COMMIS-
SIONER OF INTERNAL REVENUE,
Respondent.**

No. 9057.

Circuit Court of Appeals, Sixth Circuit.

May 13, 1942.

William A. Borrusch, of Detroit, Mich.,
for petitioner.

Samuel O. Clark, Jr., Sewall Key, J.
P. Wenchel, John M. Morawski, J. Louis
Monarch, and Samuel H. Levy, all of
Washington, D. C., for respondent.

Before HICKS, SIMONS, and MAR-
TIN, Circuit Judges.

PER CURIAM.

This cause was heard upon the tran-
script of the record, briefs and arguments
of counsel; upon consideration whereof,
the decision of the Board of Tax Appeals
is affirmed upon the grounds and for the
reasons set forth in the opinion of the
Board promulgated February 19, 1941. 43
B. T. A. 677.

**Isadore RONDBERG, Doing Business as
Brownsom Super Market, Debtor, Appel-
lant, v. Fred J. LAUCHLI, Trustee in
Bankruptcy, et al.**

No. 12218.

Circuit Court of Appeals, Eighth Circuit.

May 5, 1942.

Edward K. Schwartz, of St. Louis, Mo.,
for appellant.

Harry S. Gleick, of St. Louis, Mo., for
appellees.

PER CURIAM.

Appeal from District Court dismissed at
costs of appellant, pursuant to stipulation.

**R. SIMPSON & CO., Inc., Petitioner, v. Guy
T. HELVERING, Commissioner of In-
ternal Revenue, Respondent.**

No. 147.

Circuit Court of Appeals, Second Circuit.

June 19, 1942.

Gerald Donovan, of New York City, for
petitioner.

Joseph M. Jones, Spec. Asst. to Atty.
Gen., for respondent.

Before L. HAND, AUGUSTUS N.
HAND, and CHASE, Circuit Judges.

PER CURIAM.

Affirmed as to the first point, on the au-
thority of Noteman v. Welch, 1 Cir., 108
F.2d 206; and as to the second, on the
authority of O'Sullivan Rubber Co. v. Com-
missioner, 2 Cir., 120 F.2d 845.

**Hurlbut W. SMITH, Appellee, v. Frank J.
SHAUGHNESSY, Collector, Appellant.**

No. 282.

Circuit Court of Appeals, Second Circuit.

June 19, 1942.

L. W. Post, of Washington, D. C., for
appellant.

Basil B. Aylesworth, of Syracuse, N.
Y., for appellee.

Before L. HAND, AUGUSTUS N.
HAND, and CHASE, Circuit Judges.

PER CURIAM.

Reversed and complaint dismissed on the
authority of Herzog v. Commissioner, 2
Cir., 116 F.2d 591.